UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 AUG -4  PM 2: 03

DEPUTY CLERK_____

WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE FOR ABFC
2006-OPT2 TRUST, ASSET BACKED
CERTIFICATES, SERIES 2006-OPT2
    **PLAINTIFF:**

§
§
§
§
§
§
§
§
§
§
§
§

**V.**

JEFF HOLLINGSWORTH & SHERRY
HOLLINGSWORTH AND ALL OCCUPANTS
    **DEFENDANT**

**3-15CV-2568N**

CIVIL ACTION # _____

## INDEX OF MATERIALS ATTACHED TO NOTICE OF REMOVAL

| No. | Date Filed or Entered | Document |
|-----|-----------------------|----------|
| A. | 07/4/2015 | Index of materials Attached to Notice of Removal |
| B. | 07/4/2015 | Original Petition |
|  |  |  |
|  |  |  |
|  |  |  |

## CONSTABLE'S RETURN

CAME TO HAND ON THE _____ DAY OF _____ A.D. 20____, AT _____

O'CLOCK, ____.M. AND EXECUTED ON THE _____ DAY OF _____, 20____, AT

_____ O'CLOCK, ____.M. BY DELIVERING TO _____

_____

DEFENDANT, OR DEFENDANTS, IN PERSON A TRUE COPY OF THIS CITATION _____

_____

NOT SERVED AS TO THE FOLLOWING NAMED DEFENDANT(S) FOR THE REASONS SET OPPOSITE NAME.

_____

_____

FEES    -    SERVING….. $ _____        _____
                                                * CONSTABLE, PCT. NO._____
             COP.  ……… $ _____        TARRANT COUNTY, TEXAS

             TOTAL…….. $ _____

                                                BY DEPUTY_____

*STRIKE IF NOT APPLICABLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#### \*\*\*\* ORIGINAL CITATION IN EVICTION \*\*\*\*

IN THE JUSTICE COURT                              ISSUED: APRIL 14, 2015
RUSSELL B. CASEY
JUSTICE OF THE PEACE, PRECINCT THREE
645 GRAPEVINE HWY, SUITE 220
HURST, TEXAS 76054  (817)581-3625  FAX (817)581-3631

CASE NO. JP03-15-E00052262

PLAINTIFF:
    WELLS FARGO BANK,              NO KNOWN ADDRESS
    NATIONAL ASSOCIATION, AS
    TRUSTEE FOR ABFC 2006-OPT2
    TRUST, ASSET BACKED
    CERTIFICATES, SERIES 2006-
    OPT2
ATTORNEY FOR PLAINTIFF:
    CHANCE OLIVER                  5950 BERKSHIRE LN  SUITE 410        214-526-7900
                                   DALLAS TX  75225

                                        VS.

DEFENDANTS:
    JEFF HOLLINGSWORTH             710 LAKEWAY DR
                                  KELLER TX  76248

    SHERRY HOLLINGSWORTH           710 LAKEWAY DR
                                  KELLER TX  76248

    AND ALL OCCUPANTS

SERVICE COPY-DO NOT SEPARATE PAPERS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CO3     COURT DATE      APRIL 28, 2015   AT   9:00 AM

DO NOT BRING CHILDREN UNDER AGE 6 TO COURT

# EVICTION

**** ORIGINAL CITATION IN EVICTION ****

THE STATE OF TEXAS

TO:      JEFF HOLLINGSWORTH
         AND ALL OCCUPANTS
         710 LAKEWAY DR
         KELLER TX 76248

DEFENDANT, GREETING:

YOU ARE HEREBY COMMANDED TO APPEAR AND ANSWER BEFORE ME, JUDGE RUSSELL B. CASEY, A JUSTICE OF THE PEACE IN AND FOR PRECINCT THREE, AT A HEARING TO BE HELD AT MY OFFICE AT 645 GRAPEVINE HWY, SUITE 220, HURST, TEXAS 76054 ON THE **28TH DAY OF APRIL, 2015 AT 9:00 AM** THEN AND THERE TO ANSWER THE SUIT OF WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR ABFC 2006-OPT2 TRUST, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 PLAINTIFF, FILED THE 13TH DAY OF APRIL, 2015, FILE NO. JP03-15-E00052262 SUED UPON:  SEE SWORN PETITION ATTACHED.

PLAINTIFF SUES THE DEFENDANT FOR THE POSSESSION OF THE FOLLOWING DESCRIBED PREMISES SITUATED IN JUSTICE OF THE PEACE PRECINCT THREE, TARRANT COUNTY, TEXAS, AND DESCRIBED AS FOLLOWS, TO-WIT:

**710 LAKEWAY DR
KELLER TX 76248**

TOGETHER WITH ALL IMPROVEMENTS THEREON SITUATED AND ALL COSTS OF SUIT.

## NOTICE TO PARTIES
YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY.  FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU.  UPON TIMELY REQUEST, NO LATER THAN 3 DAYS BEFORE THE DAY SET FOR TRIAL, AND PAYMENT OF A $22.00 JURY FEE, THIS CASE WILL BE HEARD BY A JURY.

THIS DATE IS YOUR TRIAL DATE.  ARRANGE TO HAVE ANY EVIDENCE OR WITNESSES YOU WISH THE COURT TO CONSIDER THERE IN COURT ON THAT DAY.  FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

## SUIT TO EVICT
THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES. A TENANT WHO IS SERVING ON ACTIVE MILITARY DUTY MAY HAVE SPECIAL RIGHTS OR RELIEF RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE SERVICEMEMBERS CIVIL RELIEF ACT (50 U.S.C. APP. SECTION 501 ET SEQ.), OR STATE LAW INCLUDING SECTION 92.017, TEXAS PROPERTY CODE. CALL THE STATE BAR OF TEXAS TOLL-FREE AT 1-877-9TEXBAR IF YOU NEED HELP LOCATING AN ATTORNEY. IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE ELIGIBLE FOR FREE OR LOW-COST LEGAL ASSISTANCE.

## DEMANDA DE DESALOJO
ESTA DEMANDA DE DESALOJO INVOLUCRA UNA FECHA LIMITE INMEDIATA. UN INQUILINO QUE ESTÁ SIRVIENDO EN EL EJÉRCITO EN DEBER ACTIVO PUEDE TENER DERECHOS ESPECIALES O ALIVIO RELACIONADO A ESTA DEMANDA BAJO LAS LEYES FEDERALES, INCLUYENDO EL ACTA DE ALIVIO CIVIL DE MIEMBROS DEL SERVICIO (50 U.S.C. APP SECCIÓN 501 ET SEQ.), O LEY ESTATAL, INCLUYENDO SECCIÓN 92.017, CODIGO DE PROPIEDAD DE TEXAS. LLAME A LA ASOCIACIÓN DE ABOGADOS DE TEXAS AL NÚMERO GRATUITO 1-877-9TEXBAR PARA ASISTENCIA EN LOCALIZAR UN ABOGADO. SI NO PUEDE PAGAR  PARA CONTRATAR A UN ABOGADO, PUEDE QUE CALIFIQUE PARA ASISTENCIA LEGAL GRATUITA O A BAJO-COSTO.

HEREIN FAIL NOT, BUT BE YOU THERE AND THEN AT THE PLACE AND AT THE TIME ABOVE SET FORTH, FAILING WHICH, DEFAULT JUDGMENT WILL BE RENDERED AGAINST YOU.

GIVEN UNDER MY HAND THIS 14TH DAY OF APRIL, 2015.

A JUSTICE OF THE PEACE IN AND FOR
PRECINCT THREE, TARRANT COUNTY, TEXAS

SERVICE COPY-DO NOT
SEPARATE PAPERS

ORIGINAL SIGNED
BY _____
CLERK OF THE JUSTICE COURT

SERVICE COPY-DO NOT
SEPARATE PAPERS

File No. 920.102082
Loan No. XXXXXX7947

15 APR 13 PM 3:28

CAUSE NO. _E52202_

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL | § | IN THE JUSTICE COURT OF |
| ASSOCIATION, AS TRUSTEE FOR | § | |
| ABFC 2006-OPT2 TRUST, ASSET | § | TARRANT COUNTY, TEXAS |
| BACKED CERTIFICATES, SERIES | § | |
| 2006-OPT2 | § | PRECINCT 3 |
| vs. | § | |
| JEFF HOLLINGSWORTH AND | § | |
| SHERRY HOLLINGSWORTH | § | |
| AND/OR ALL OCCUPANTS | § | |

court date
4/28/14 @ 9 AM

## ORIGINAL PETITION FOR FORCIBLE DETAINER

TO THE HONORABLE JUSTICE OF THE PEACE OF SUCH PRECINCT:

NOW COMES, WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR

ABFC 2006-OPT2 TRUST, ASSET BACKED CERTIFICATES, SERIES 2006-OPT2 (hereinafter

called "Plaintiff") complaining of JEFF HOLLINGSWORTH AND SHERRY HOLLINGSWORTH

AND/OR ALL OCCUPANTS (hereinafter called "Defendant") who is a resident of Tarrant County,

Texas and respectfully shows that service may be had on the Defendant at 710 LAKEWAY DR,

KELLER, TX 76248 and would respectfully show that heretofore, to wit:

### I

Plaintiff acquired the hereinafter described premises and property at Substitute Trustee's Sale

held at the Courthouse door of said County, after all required Notices were posted, the same being the

highest bidder therefore, and the Substitute Trustee executed the Deed conveying to Plaintiff the

property described in Exhibit "A" attached hereto and incorporated herein, together with the dwelling

and outbuildings situated thereon, in the Justice of the Peace Precinct shown above, which Deed is of

record in the Deed Records of Tarrant County, reference to which is made and incorporated herein for

all purposes.

## II

That such Substitute Trustee's Sale was held by virtue of the power and terms contained in a certain Deed of Trust. A copy of the Substitute Trustee's Deed is attached as <u>Exhibit "B"</u>. Also included in the Substitute Trustee's Deed affidavit and attached as <u>Exhibit "C"</u> is an affidavit which complies with the Servicemembers Civil Relief Act pertaining to military service.

## III

That by express provisions of such Deed of Trust, in the event of a foreclosure under the powers granted therein, the owner in possession of the property shall thereupon become the tenant at sufferance of the purchaser at such foreclosure sale, and should such tenants refuse to surrender possession of said property upon demand, the purchaser shall be entitled to institute an action for forcible detainer.

## IV

That form the date of such Substitute Trustee's Sale, Plaintiff has become the landlord, and Defendant has become a tenant at sufferance; and that written demand for possession was made on such tenant via First Class Mail and Certified Mail, Return Receipt Requested on March 25, 2015 as set forth in <u>Exhibit "D"</u> attached hereto and incorporated herein, and that tenant has heretofore refused and still refuses to comply with such demand, but willfully hold over such premises from the Plaintiff.

## V

That in addition to removing Defendant and all other occupants from subject property, all personal property located in or on subject property should be removed.

## VI

The only home and work address of Defendant known to the undersigned is the address stated in the opening paragraph above and the following, if any, and the undersigned knows of no other home or work address of Defendant where citation may be served pursuant to Rule §510.4 (c), Texas Rules of Civil Procedure. Plaintiff knows of no other address of Defendant.

Furthermore, per Rule 54, all conditions precedent have been performed or have occurred as of the filling of this petition. Plaintiff also consents to email service of the answer and any other motions or pleadings by submission to the email address below.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to answer this complaint, and that Plaintiff have judgment for the restitution of such premises, that all of the Defendant's personal belongings be removed from such premises, and further that Plaintiff recover such other relief to which it may be entitled, at law or in equity.

Respectfully submitted,
Angel Reyes & Associates, P.C.

Chance Oliver
State Bar Number 90001972
5950 Berkshire Lane, Suite 410
Dallas, TX 75225
Telephone 214-526-7900
Facsimile 214-526-7910
Email: chance@reyeslaw.com
Attorneys for Plaintiff

THE STATE OF TEXAS   §
COUNTY OF DALLAS    §

BEFORE ME, the undersigned authority, on this day personally appeared CHANCE OLIVER,

Attorney for Plaintiff, who, on oath, states that the matters and facts set out in the Forgoing Petition are

true and correct and based on personal knowledge.

_____
CHANCE OLIVER

SUSBCRIBED AND SWORN TO before me by the said CHANCE OLIVER, on ___April 7___, 2015 to
certify which, witness my hand and seal of office.

(SEAL)

CAROLINA FERNANDEZ
Notary Public, State of Texas
My Commission Expires
January 14, 2018

_____
NOTARY PUBLIC AND IN AND FOR THE STATE OF TEXAS

# __EXHIBIT A__

Deed of Trust dated August 7, 2006, executed by JEFF HOLLINGSWORTH and SHERRY

HOLLINGSWORTH, to THOMAS F. VETTERS, payable to OPTION ONE MORTGAGE

CORPORATION, A CALIFORNIA recorded in the Deed of Trust or Real Property Records of Tarrant

County, Texas.


LEGAL DESCRIPTION:

    LOT 6, BLOCK A, THE RETREAT AT HIDDEN LAKES, PHASE II, AN ADDITION TO

THE CITY OF KELLER, TARRENT COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT

THEREOF RECORDED IN CABINET A,

SLIDE 4688, PLAT RECORDS, TARRANT COUNTY, TEXAS.


MORE COMMONLY KNOWN AS:  710 LAKEWAY DR, KELLER, TX 76248

# __EXHIBIT B__

## SUBSTITUTE TRUSTEE'S DEED

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

C&S No. 44-09-0701/Conventional
American Home Mortgage Servicing Inc.

## SUBSTITUTE TRUSTEE'S DEED

**Date of Security Instrument:**     August 07, 2006

**Grantor(s):**     Jeff Hollingsworth and Sherry Hollingsworth, husband and wife

**Original Trustee:**     Thomas F. Vetters

**Original Mortgagee:**     Option One Mortgage Corporation, a California Corporation

**Recording Information:**  Volume , Page , or Clerk's File No. D206250456 in the Official Public Records of TARRANT County, Texas

**Current Mortgagee:**     Wells Fargo Bank, National Association, as Trustee for ABFC 2006-OPT2 Trust, Asset Backed Funding Corporation Asset Backed Certificates, Series 2006-OPT2

**Mortgage Servicer:**     American Home Mortgage Servicing Inc. whose address is 4875 Belfort Rd. #130, Jacksonville, FL 32256. Pursuant to a Servicing Agreement between the Mortgage Servicer and Mortgagee, the Mortgage Servicer is authorized to represent the Mortgagee. Pursuant to the Servicing Agreement and Section 51.0025 of the Texas Property Code, the Mortgage Servicer is authorized to collect the debt and to administer any resulting foreclosure of the referenced property.

**Date of Sale:**     3/6/2012

**Amount of Sale:**     $323,000.00

**Grantee/Buyer:**     Wells Fargo Bank, National Association, as Trustee for ABFC 2006-OPT2 Trust, Asset Backed Funding Corporation Asset Backed Certificates, Series 2006-OPT2
4875 Belfort Rd. #130,  Jacksonville, FL 32256

**Legal Description:**     LOT 6, BLOCK A, THE RETREAT AT HIDDEN LAKES, PHASE II, AN ADDITION TO THE CITY OF KELLER, TARRANT COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET A, SLIDE 4688, PLAT RECORDS, TARRANT COUNTY, TEXAS.

**Place of Sale of Property:**     In the area designated by the TARRANT County Commissioners Court pursuant to Section 51.002 of the Texas Property Code as the place where the foreclosure sales are to take place, or if no place is designated by the Commissioners Court, the place where the Notice of Trustee's Sale was posted.

Grantor conveyed the property to Trustee in trust to secure payment of the Note. Mortgagee, through the Mortgage Servicer, declared that Grantor defaulted in performing the obligations of the Deed of Trust. Current Mortgagee, through the Mortgage Servicer, has appointed the Substitute Trustee and requested the Substitute Trustee to enforce the trust.

Notices stating the time, place and terms of sale of the property were mailed, posted and filed, as required by law. The Substitute Trustee sold the property to Buyer, who was the highest bidder for cash at the public auction, for the amount of the sale in the manner prescribed by law. The sale was conducted no earlier than <u>1:00:00 PM</u>, as set forth in the Notice of Trustee's Sale and was concluded within three hours of such time. All matters, duties and obligations of the Mortgagee were legally performed.

Substitute Trustee, subject to any matters of record, and for the amount of sale paid by Buyer as consideration, grants, sells and conveys to Buyer, Buyer's heirs, executors, administrators, successors or assigns forever, the property together with all rights and appurtenances belonging to Grantor, Substitute Trustee hereby sell the above referenced property AS IS without any express or implied warranties, and hereby conveys the property to the purchaser at the purchaser's own risk, pursuant to the terms of Texas Property Code §51.002 and §51.009.

*Affidavits of Posting/Filing and Notice of Sale are attached hereto marked as Exhibits "1" and "2" respectively and are by this reference incorporated herein for all purposes.*

EXECUTED this __11__ day of __March__, 20 12



_____
David Stockman
Substitute Trustee(s)

**STATE OF TEXAS**

COUNTY OF _Parker_

Before me, the undersigned Notary Public, on this day personally appeared _David Stockman_ as Substitute Trustee, known to me or proved to me through a valid State driver's license or other official identification to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that (s)he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office on this __11__ day of __March__, 20 12.

_____
Notary Public State of Texas

EDDIE RAY MCCLENDON
Notary Public, State of Texas
My Commission Expires
September 19, 2012

**RETURN TO:**
     **CODILIS & STAWIARSKI, PC**
     650 North Sam Houston Parkway East, Suite 450
     Houston, Texas 77060

Exhibit "1"

### AFFIDAVIT OF POSTING/FILING NOTICE OF SALE

STATE OF TEXAS

COUNTY OF TARRANT

  The undersigned, having knowledge of the matters hereinafter set forth, after being duly sworn, deposes and states under oath, as follows:

  "On behalf of the servicer and/or holder and/or owner of the indebtedness secured by a Deed of Trust, dated   August 07, 2006 executed by   **Jeff Hollingsworth and Sherry Hollingsworth, husband and wife** to   Thomas F. Vetters, Trustee(s) and recorded in the office of County Clerk in Volume   , Page   , Clerk's File No. D206250456 of TARRANT County, Texas; at least twenty-one (21) days preceding the date of the sale made by David Stockman, Substitute Trustee on the   06 day of March 2012, between the hours of 1:00:00 PM and 04:00 PM;

  (cxxi) Written notice of the proposed sale designating the County in which the property securing the above Deed of Trust will be sold, was posted ("Notice of Sale") at the courthouse door of each County in which the property securing the above Deed of Trust is located, or as otherwise designated by the County Commissioners; and

  (cxxii) A copy of said Notice of Sale was filed in the office of the County Clerk of the County in which the sale was made."

_____
David Stockman, Substitute Trustee

SUBSCRIBED AND SWORN TO before me on this   11   day of   MARCH   , 2012 .

_____
NOTARY PUBLIC, STATE OF TEXAS

EDDIE RAY MCCLENDON
Notary Public, State of Texas
My Commission Expires
September 19, 2012

STATE OF TEXAS

COUNTY OF   Parker

  This instrument was acknowledged before me on this   11   day of   March   , 2012 by David Stockman.

_____
NOTARY PUBLIC, STATE OF TEXAS

C&S No. 44-09-0701



EDDIE RAY MCCLENDON
Notary Public, State of Texas
My Commission Expires
September 19, 2012

EXHIBIT "2"

AFFIDAVIT

STATE OF TEXAS

COUNTY OF TARRANT

BEFORE ME, the undersigned authority, personally appeared the undersigned affiant who, after being duly sworn, deposes and states under oath as follows:

"I am above the age of eighteen (18) years and am competent to make this affidavit and knowledgeable of the statements made in this affidavit.

At the instructions of the servicer and/or holder and/or owner of the indebtedness secured by a Deed of Trust, dated   August 07, 2006 executed by   Jeff Hollingsworth and Sherry Hollingsworth, husband and wife to Thomas F. Vetters, Trustee(s) and recorded in the office of County Clerk in Volume , Page , Clerk's File No. D206250456 of TARRANT County, Texas; and based upon the information provided by or on behalf of such servicer and/or holder and/or owner of the indebtedness, written notice of the proposed sale of the real property encumbered by said Deed of Trust scheduled for 3/6/2012 was mailed by certified mail return receipt requested on each debtor obligated to pay the indebtedness secured by said Deed of Trust according to the records of such servicer and/or holder and/or owner at least twenty-one (21) days preceding the date of the scheduled sale.

To the best of the my knowledge and belief, the obligor(s) had not filed any bankruptcy proceeding pending at the time of the foreclosure sale, was/were alive at the time of the foreclosure sale, and based upon information obtained from the U.S. Defense Manpower internet military website, it is my belief that such obligor(s) is/are not in the armed services of the United States of America on the date hereof or nine months prior hereto.

_____
                              Melissa McLain, Affiant

STATE OF TEXAS

COUNTY OF HARRIS

SUBSCRIBED AND SWORN TO before me on this 7th day of March , 20 12

_____
              NOTARY PUBLIC, STATE OF TEXAS

SANDY L ALEXANDER
My Commission Expires
January 12, 2015

C&S No. 44-09-0701

WHEN RECORDED, RETURN TO:
    CODILIS & STAWIARSKI, PC
    650 North Sam Houston Parkway East, Suite 450
    Houston, Texas 77060



**ARY LOUISE GARCIA**

**COUNTY CLERK**

100 West Weatherford   Fort Worth, TX  76196-0401

PHONE (817) 884-1195

CODILIS & STAWIARSKI
650 N SAM HOUSTON PKWY E, STE 450
HOUSTON, TX 77060

Submitter:   SERVICELINK DEFAULT
ABSTRACT SOLUTIONS

## DO NOT DESTROY
## WARNING - THIS IS PART OF THE OFFICIAL RECORD.

| | | | | |
|---|---|---|---|---|
| Filed For Registration: | 3/13/2012 4:32 PM | | | |
| Instrument #: | D212061748 | | | |
| | TRD | 5 | PGS | $28.00 |

By: _Mary Louise Garcia_ _____

D212061748

ANY PROVISION WHICH RESTRICTS THE SALE, RENTAL OR USE OF THE DESCRIBED REAL PROPERTY
BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

Prepared by:  SLDAVES

# <u>EXHIBIT C</u>

# SERVICEMEMBERS CIVIL RELIEF ACT AFFIDAVIT

# SERVICEMEMBER AFFIDAVIT BY PLAINTIFF

Before me, the undersigned notary, on this day personally appeared Chance Oliver, a person whose identity is known to me. After I administered an oath to him, upon his oath, he states that to the best of his knowledge, the defendant(s) is/are:

_____  not in the military, per the attached affidavit.

\_\_\_\_X\_\_\_  not on active duty in the military.

_____  not in a foreign country on military services.

_____  on active military duty and/or subject to the Servicemembers Civil Relief Act of 2003.

_____  has waived his rights under the Servicemembers Civil Relief Act of 2003.

_____  military status cannot be determined as Plaintiff is not privy to the  Social Security Number of Defendant.

Plaintiff further states that he has performed a search of the Defense Enrollment and Eligibility Reporting System (DEERS) database which is maintained by the Defense Manpower Data Center (DMDC) and has attached the results hereto which reports, to the best of his knowledge, that Defendant(s) is/are currently not in the military. If there are no results attached hereto that is due to the unavailability of Defendant's Social Security Number, which is required to properly check DEERS.

_____
ATTORNEY FOR PLAINTIFF

SUBSCRIBED AND SWORN TO before me on __April 7__, 2015 to certify which witness my hand and official seal.

CAROLINA FERNANDEZ
Notary Public, State of Texas
My Commission Expires
January 14, 2018

_____
Notary Public in and for the State of Texas



ont of Defense Manpower Data Center

### Status Report
### Pursuant to Servicemembers Civil Relief Act

Last Name: <u>HOLLINGSWORTH</u>

First Name: <u>JEFF</u>

Middle Name:

Active Duty Status As Of: <u>Mar-31-2015</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

anpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

e DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: P42DO94CP17B090



Department of Defense Manpower Data Center

Results as of : Mar-31-2015 09:06:19 AM

SCRA 3.0

## Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: <u>HOLLINGSWORTH</u>
First Name: <u>SHERRY</u>
Middle Name:
Active Duty Status As Of: <u>Mar-31-2015</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: 64C039ECV177MB0

# **EXHIBIT D**

# NOTICE TO VACATE

Angel Reyes & Associates, P.C.
PO Box 9067
Temecula, CA 92589-9067



9314 8100 1170 0802 0814 15

**RETURN RECEIPT (ELECTRONIC)**

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Correspondence to:
Angel Reyes & Associates, P.C.
5950 Berkshire Lane
Suite 410
Dallas, TX 75225

20150327-139

JEFF HOLLINGSWORTH, SHERRY
HOLLINGSWORTH
AND/OR ALL OCCUPANTS
710 LAKEWAY DR
KELLER, TX 76248



CM

9314 8100 1170 0802 0814 15

# Angel Reyes & Associates, P.C.

5950 Berkshire Lane, Suite 410
Dallas, Texas 75225

Angel L Reyes. III
Chance Oliver

Telephone (214) 526-7900
Facsimile (214) 526-7910

March 25, 2015

CERTIFIED MAIL- RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL

JEFF HOLLINGSWORTH, SHERRY HOLLINGSWORTH
AND/OR ALL OCCUPANTS
710 LAKEWAY DR
KELLER, TX 76248

RE:    Our Law Firm No.   920.102082-2
       Loan Number:        7141307947

Dear Occupants:

The property located at 710 LAKEWAY DR, KELLER, TX 76248 was sold at a foreclosure sale to our client, under a power of sale contained in a deed of trust securing said property. Title under the sale has been duly perfected. The new owner seeks to recover possession of the Property in good faith to market and sell the Property.

Our client has requested that we notify you that pursuant to the Texas Property Code, Section 24.005, **you are hereby DEMANDED to move and vacate these premises, along with all your personal belongings, within THREE (3) days** from the date of delivery of this letter.

In the event any occupant of the Premises is a bona fide tenant as defined by the PTFA, this letter is the NINETY (90) DAY Notice to vacate as required by the PTFA.

If you are a tenant of subtenant who rented the Property before the Foreclosure sale, then you must vacate the Property within ninety (90) days of this notice unless you are a tenant who entered in a bona fide lease prior to the notice of foreclosure in which case you must vacate the Property at the end of the remaining current term of the bona fide lease or ninety days after service of this notice, whichever occurs later.

A lease is considered bona fide only if all of the following conditions exist: (1) you are not the mortgagor or the child, spouse, or parent of the mortgagor; (2) your lease was a result of an arms-length transaction; and (3) the lease requires the receipt of rent that (i) is not substantially



less than fair market rent for the Property or (ii) the Property's rent is reduced or subsidized due to a federal, state or local subsidy.

If you claim to be a tenant or subtenant, within three days after service of this notice, please notify the undersigned by phone and in writing of your tenancy and provide the undersigned with the following information: (a) a copy of your lease or rental agreement, or if you do not have a written lease or rental agreement, please provide a written explanation of the terms of the agreement under which you occupy the Property, including without limitation, the date you entered into the agreement, the names of all the parties who entered into the agreement, the term of the agreement, the amount of monthly rent, the utilities paid by the landlord (if any), the amount of your security deposit (if any), and whether you receive assistance under the Department of Housing and Urban Development's Section 8 Housing Program; (b) proof of your last rental payment and any security deposit; (c) a list of any conditions at the property that require repair; and (d) whether you are the child, spouse, or parent of the mortgagor. You may send this via mail or fax to 214-526-7910

### NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS

The Servicemember's Civil Relief Act (50 (50 U.S.C. App. §§ 501-596), as amended, ("SCRA") grants active service members of the United States Armed Forces or a dependent of such an active service member certain rights, which include the temporary suspension of judicial and administrative proceedings against active service members and their dependents, and which rights can extend for up to one (1) year after any active duty period concludes. IF YOU BELIEVE YOU QUALIFY for protection under the SCRA, please contact us by mail, fax, or in person at the address above.

Please note that you may wish to consult an attorney, or your local military legal liaison, to help you determine what rights you may have, if any, under the SCRA.

If you are not a bonafide tenant and if you fail to vacate, we shall have no alternative but to file suit in the Justice Court, the costs of such to be borne by you.

If suit is filed and you fail to appear and contest the suit, judgment may be entered for our client. In such a situation, our client will seek enforcement of its rights under the judgment to have you and all your personal belongings removed from the property, wherein your personal belongings may be placed in an area outside the property and be subject to peril and/or loss.

This notice is also intended as a notice of termination/non-renewal of tenancy as to any tenancies that survived the foreclosure sale. Please contact my office with any questions you may have.

Sincerely yours,

Chance Oliver

A SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES. A TENANT WHO IS SERVING
ON ACTIVE MILITARY DUTY MAY HAVE SPECIAL RIGHTS OR RELIEF RELATED TO
THIS SUIT UNDER FEDERAL LAW, INCLUDING THE SERVICEMEMBERS CIVIL
RELIEF ACT (50 U.S.C. APP. SECTION 501 ET SEQ.), OR STATE LAW, INCLUDING
SECTION 92.017, TEXAS PROPERTY CODE. CALL THE STATE BAR OF TEXAS TOLL-
FREE AT 1-877-9TEXBAR IF YOU NEED HELP LOCATING AN ATTORNEY. IF YOU
CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE ELIGIBLE FOR FREE OR
LOW-COST LEGAL ASSISTANCE

